IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES WIDTFELDT, | ) | 8:11CV214 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion. Plaintiff filed this matter on June 9, 2011. (Filing No. 1.) Although the court issued summons to Plaintiff on July 20, 2011, Plaintiff has not completed service of process on any Defendant, and has taken no action in this matter since he paid the filing fee on July 19, 2011. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until February 10, 2012, to show cause why this case should not be dismissed. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: February 10, 2012: deadline for Plaintiff to show cause why service of process was not completed.

DATED this 12th day of January, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge