IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES WIDTFELDT, | ) | 8:11CV214 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Plaintiff filed this matter on June 9, 2011. (Filing No. 1.) Although the court issued summons to Plaintiff on July 20, 2011, Plaintiff has not completed service of process on any Defendant, and has taken no action in this matter since he paid the filing fee on July 19, 2011. (*See* Docket Sheet.)

On January 12, 2012, the court entered a Memorandum and Order directing Plaintiff to show cause why this case should not be dismissed for failure to complete service of process. (Filing No. 7.) In that Memorandum and Order, the court warned Plaintiff that failure to do so by February 10, 2012, would result in dismissal of this matter "without prejudice and without further notice." (*Id.*) Plaintiff did not respond to the court's January 12, 2012, Memorandum and Order.

IT IS THEREFORE ORDERED that:

1.  This matter is dismissed without prejudice for failure to prosecute diligently and for failure to comply with this court's orders.

2.  A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 29th day of February, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge